## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CASE NO.** |
| **vs.** | **JUDGE** |
| **SUHIB EBRAHIM EBRAHIM,** | **INDICTMENT** |
| aka. Suhip Ebrahim Ebrahim | |
| **Defendant.** | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(A)(viii) |
| | 21 U.S.C. §846 |
| | **FORFEITURE** |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
(Conspiracy)

From on or about January 23, 2024, through and including February 1, 2024, in the Southern District of Ohio, and elsewhere, the defendant, **SUHIB EBRAHIM EBRAHIM, aka. Suhip Ebrahim Ebrahim**, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with others, both known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Scheduled II controlled substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A)(viii).

**All in violation of 21 U.S.C. §846**.

## COUNT 2
(Possession with Intent to Distribute a Controlled Substance)

On or about February 1, 2024, in the Southern District of Ohio, the defendant, **SUHIB EBRAHIM EBRAHIM, aka. Suhip Ebrahim Ebrahim**, did knowingly, intentionally, and unlawfully possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).**

## FORFEITURE ALLEGATION

1.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America.

2.      Upon conviction of any of the offenses alleged in this Indictment in violation of 21 U.S.C. § 841 and/or 21 U.S.C. § 846, the defendant, **SUHIB EBRAHIM EBRAHIM, aka. Suhip Ebrahim Ebrahim**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following:

- Approximately $90,000.00 in United States Currency.

**Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**


_____s/Foreperson_____
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

s/Kenneth F. Affeldt_____
**KENNETH F. AFFELDT, 0052128**
**Assistant United States Attorney**