# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**SUHIB EBRAHIM EBRAHIM,**

    **Defendant.**

:

**Case No. 2:24-cr-87**
**Judge Sarah D. Morrison**

## ORDER

This matter is before the Court on the Magistrate Judge's June 6, 2024 Report and Recommendation. (ECF No. 42.) The time for filing objections to the Report and Recommendation has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons in the Report and Recommendation, the Court **ACCEPTS** Defendant Suhib Ebrahim Ebrahim's plea of guilty to Counts 1 and 2 of the Indictment.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**